## White v. White.

(Decided December 6, 1912.)

Appeal from Jefferson Circuit Court
(Chancery Branch, First. Division).

Supersedeas Bond.—The obligors in the supesedeas bond are liable for any judgment the Court of Appeals may order to be rendered.

M. A., D. A. and J. G. SACHS and BENJAMIN H. SACHS for appellant.

J. W. S. CLEMENTS for appellee.

RESPONSE TO PETITION FOR REHEARING BY CHIEF JUSTICE HOBSON—Overruling Petition.

The sum of $500 is fixed in the opinion as the rent of the farm for each year to be divided between the parties in interest. Each year's rent, will bear interest from January 1st, following its maturity as fixed in the judgment of the circuit court. By the terms of the supersedeas bond the obligors therein are liable for any judgment this court may order to be rendered. See Civil Code, section 748, also original opinion, White v. White, 150 Ky., 283.

Petition overruled.